UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLIFFORD EARL DAVIS, Petitioner | CIVIL DOCKET NO. 1:19-CV-1513-P |
| VERSUS | JUDGE DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), and after an independent review of the record, including the objections filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition (Doc. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 20th day of FEBRUARY, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE